UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : |
| v. | : |
| | : |
| | : 18 U.S.C. § 1001(a)(1) (Scheme to Falsify |
| | : Material Facts) |
| OCEANWORKS INTERNATIONAL | : |
| CORPORATION, | : |
| | : |
| Defendant. | : |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

1. From in or around October 2016 to in or around March 2018, in the District of Columbia and elsewhere, in a matter within the jurisdiction of the Executive Branch of the government of the United States, Defendant OCEANWORKS INTERNATIONAL CORPORATION knowingly and willfully falsified, concealed, and covered up by a trick, a scheme, and a device a material fact, in that Defendant OCEANWORKS INTERNATIONAL CORPORATION intended to and did misrepresent and

1

conceal, to and from the Office of Export Enforcement, the true nature and extent of the transfer of U.S. Navy Pressurized Rescue Module technical data to China.

**(Scheme to Falsify, Conceal, and Cover up Material Facts from the Department of Commerce's Office of Export Enforcement**, in violation of Title 18, United States Code, Section 1001(a)(1))

By:

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

_____
DEBORAH A. CURTIS
Deputy Chief, National Security Section
U.S. Attorney's Office
CA Bar No. 172208
Deborah.Curtis@usdoj.gov