# EXHIBIT A

October 8, 2019

The Honorable Collen Kollar-Kotelly
United States District Judge
United States District Court for the
District of Columbia
333 Constitution Avenue N.W.
Washington D.C, 20001

## RE: Letter of Support for Glen Viau

I am writing this letter of support for Glen Viau who I understand has pleaded guilty to a misdemeanor violation of conveying U.S. government information without authority.

My name is Rachel Clearwater (nee Brock). I have a doctorate in conservation ecology and I work as a biology instructor at Capilano University in North Vancouver. I have known Glen and his family for over 10 years. They are very close family friends and we have spent much time together. Glen, his wife Carol, and their daughter A███████ are our neighbours on Gambier Island, B.C. where we both have summer cabins. A█████ was born the same year as our oldest son, D█████, and our families have grown up together. We frequently take care of each other's children and we have also travelled on vacation together to Mexico.  On Gambier Island, we have spent many weekends together gardening and helping each other with various building and maintenance projects.  Glen taught us how to sail, brought chickens into our lives and has spent many afternoons relaxing with us at the beach where he enjoys entertaining our kids and making everyone laugh.  We frequently socialize together with the Viau family attending neighbourhood parties, potlucks, barbeques and holiday celebrations both on Gambier Island and in Vancouver.  We now have many friends in common and Glenn and his family are well known and liked by my extended family and friends.

I know Glen to be a very hard working and dependable person and an active and devoted father. He is very invested in our community on Gambier Island.  Glen and Carol, are amazing neighbours who actively work to connect and build our community. They have many close friends on the Island and are responsible for linking many of our neighbours together and making everyone feel welcome and supported.  Glen has been a very helpful neighbour in a rural place where neighbours often need to depend on each other.  Glen is always ready to come out and tow your broken down boat, help chop down your hazard tree, or share groceries when weather delays alter your travel plans.  Glen is frequently one of the first neighbours to step up and make sure anyone who needs help is assisted and he can always be counted on to do jobs safely and thoroughly.  He is a kind, generous and wise person who readily volunteers to help others and is well liked, trusted, respected and relied upon by many.

Glen takes great pride in his work and in the companies he has managed. I know him to be committed to building quality products and to treating his employees and associates well.  We have met many former Oceanworks employees through Glen who have also

become our friends.  They tell us about how hard Glen works and what a fair, hardworking and conscientious boss he was to them.  His skills as a business person, engineer and leader have created excellent job opportunities for many people and he has been responsible for developing many interesting and important projects.  I know Glen to be a compassionate, and honest person who respects rules and takes pride in doing excellent work and providing quality careers for his employees and excellent products and service for his customers.

The criminal charges that Glen has faced in the past year and the events that followed have taken a huge toll on Glen and his family.  Glen has suffered greatly. My husband and I took care of A█████████ while Glen was in prison last winter and Carol was in D.C. helping him.  This was a very scary and traumatic time for the whole family. Glen takes full responsibility for his actions and he has been profoundly changed by his experiences surrounding these charges.  I hope the Court can be lenient in determining his sentence.  He is an excellent person, who is a needed and appreciated father, husband, employer, community member and friend.

Please do not hesitate to contact me if I can provide any further support for Glen's good character.

Sincerely,

Dr. Rachel Clearwater (nee Brock)

█████████████████

West Vancouver BC
Canada, V7W 2A2

# EXHIBIT B

The Honorable Collen Kollar-Kotelly
United States District Judge
United States District Court for the
District of Columbia
333 Constitution Avenue N.W.
Washington D.C, 20001

October 6, 2019

Your Honor,

I am writing to you in support of Glen Viau, my brother-in-law. I am a graduate of the
University of Waterloo and an executive for a book publisher where I have been employed for 17
years. I have known Glen for 17 years when he married my sister, and we had an opportunity to
blend our families with his to form a strong bond.

I have always known Glen to be very dedicated both to his work, and to his family. He takes his
work very seriously and has built a career through hard work in the same industry since
graduating university. Glen has fostered relationships within the small, international community
of diving and submarine rescue .

I am aware that Glen has pleaded guilty to a misdemeanor violation of conveying US
government information without authority. I have always admired Glen's integrity and can attest
to his excellent behavior prior to this event. He is an excellent father and husband, and he is very
close with both his family and ours.

As a close relative, I have seen the toll this case has taken on Glen, his wife, their young
daughter, and our extended family. His wife has suffered enormous stress, and his daughter is
inconsolable when he returns to the United States out of fear for the future. In addition to the
mental stress, the financial pressures have also been enormous. They are not wealthy people,
evidenced by their budget vacations at our family cabins, their daughter attending public school,
and even their house that they are building all themselves. They have a simple and honest life
that includes "homesteading" on their property since 2003 where they raise chickens and play
board games.

Personally, I traveled to Washington DC when Glen was imprisoned, and I was deeply
concerned for his welfare in custody. Glen is a reserved and respectful person, with no criminal
record or experience with the penal system. Glen has taken responsibility for his actions, and his
life and those of his family have been deeply affected. With deepest respect Your Honor, given
all that has been endured I hope that the Court will be lenient when determining a sentence.

Sincerely,

Heather Foy.

Heather Foy

# EXHIBIT C

Vincent Strgar

Vancouver, BC V5T0J1

October 27, 2019

The Honorable Collen Kollar-Kotelly
United States District Judge
United States District Court for the
District of Columbia
333 Constitution Avenue N.W.
Washington D.C, 20001

Dear Judge Kollar-Kotelly:

I am writing in support of my friend Glen Viau, due for sentencing in your court on December 2, 2109.

I have known Mr. Viau for29 years. We met as classmates while studying engineering at the University of British Columbia (UBC) in 1990. He has become one of my dearest friends. While I am aware that he has plead guilty to a misdemeanour violation of conveying U.S. government information without authority, I have always know him to be a law abiding citizen.

I have a degree in engineering physics from UBC. I have been working at the Vancouver BC clinic of the BC Cancer Agency in the department of Medical Physics for the past 25 years. My role is the commissioning and quality assurance of X-ray generating machines used to treat cancer patients. I'm part of the team that aims to ensure that radiation therapy patients are getting a precise and accurate treatment.

I have always known Glen to be an honest, hardworking and law abiding individual. I believe strongly that he is an asset to his community.  He gives of his possessions selflessly and is always offering to help a neighbour in need. As one of Glen's oldest friends, I have witnessed many of his hardships and successes. I have now seen firsthand how seriously the consequences of Glen's criminal charge have affected his wife and daughter. I have seen how Glen's incarceration caused immense stress and anxiety for them. That has caused much distress to Mr. Viau. I believe Glen is truly sorry for his mistake.

I humbly ask that you can show leniency in your upcoming sentencing. His wife and child rely on his presence; I believe any further incarceration would be highly onerous to them.

Thank you for your valuable time.

Sincerely,

Vincent Strgar

# EXHIBIT D



October 4, 2019

The Honorable Collen Kollar-Kotelly
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D. C., 20001

**RE:  Mr. Glen Omer Viau**

Your Honor,

My name is Deborah Wainwright. I am a television producer and academic residing in Vancouver, British Columbia, Canada.  I have a Master's in Human Learning and Development and a PhD in Communication from the Annenberg School at the University of Pennsylvania.  For almost 20 years, I have known Glen Viau to be a responsible, professional, and honorable person, and it is for this reason that I am compelled to write this letter of reference on his behalf.

I understand the seriousness of the matter that brings Glen to your court and that he is taking responsibility by pleading guilty to a misdemeanor violation of conveying U.S. government information without authority.

Glen Viau is a good friend and valued neighbor in our small island community. Out of necessity, rural or remote communities are often tight-knit groups.  Ours is no different.  Neighbors depend on the skills and assistance that each can offer the other in order to keep safe, to be well, and to thrive.  None of us would hesitate to request Glen's help, and he has never failed to support me without having to be asked.  Glen was also a source of inspiration and guidance to my nephew, when he worked as an engineering co-op student at OceanWorks International.  This is why I know him to be a kind man, and one of integrity.

Glen is also a remarkably engaged parent.  He and his wife, Carol, are raising a bright and extraordinary young daughter, A████████. The threesome is always a joy to be around. It has been difficult to watch Glen and his family go through the events of this past year. The stress has been a terrible drain on them all.  It will be a tremendous relief when this matter has been concluded.

For all of these reasons, I am hopeful when I ask that the honorable court show some leniency in determining Glen's sentence.  And, I thank you for your consideration of this letter.

Sincerely,

Deborah K. Wainwright, PhD

Young Minds Entertainment Inc.
████████████████
Vancouver, British Columbia, V6B 5T5
████████████  //  deb@youngminds.tv

# EXHIBIT E

Rosann L. Youck

North Vancouver, BC, Canada
V7J 1K8

November 3, 2019

The Honourable Collen Kollar-Kotelly
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue N. W.
Washington D.C. 20001

Your Honour,

I am writing in respect of the court proceedings against Glen Viau. I am a retired lawyer, having spent the majority of my career working for the British Columbia Securities Commission. The BCSC is the equivalent of the Securities and Exchange Commission for British Columbia (there is no national securities regulator in Canada). In my role with the BCSC, I was chair of a nation-wide committee responsible for establishing a national system of corporate continuous disclosure and was the head of the British Columbia committee responsible for contested take-over bids. I am now a self-employed owners' representative/builder in Howe Sound off the coast of Vancouver, British Columbia.

I have known Glen since approximately 2000 when he and his wife and my husband and I both bought recreational properties on Gambier Island in Howe Sound. We are direct neighbours on Gambier Island and near neighbours at our city residences in North Vancouver. My husband and I were emergency contacts for Glen's daughter when she was in daycare. Glen helped us build our cabin on Gambier Island, and we are helping him build his. Glen is not just a neighbour, but a personal and valued friend.

Glen is generous, steadfast, and reliable. I have watched him help his daughter build a robot, stop his work to help a friend with a project, and host parties to celebrate birthdays and holidays with the neighbours. He has offered to mentor our niece, who is pursing an engineering degree. He is a valued member of our community and one we sorely missed when he was detained in the United States.

I know that Glen has plead guilty to a misdemeanour violation of conveying U.S. government information without authority. Regardless of this guilty plea, I know Glen to be a person of integrity. The guilty plea has absolutely no impact on my impression of his honour, trustworthiness, or honesty. Taking all of my professional and personal experience into account, I know Glen to be honourable, steadfast and in every way a good person. I have watched as he has struggled with the circumstances around the charges against him. He, and by extension his family, have suffered greatly for the past year. It has been painful to watch and I wish for nothing more than for Glen to be able to move forward and put this situation behind him.

On Glen's behalf, and based on my knowledge of his character and the incredibly negative impact this situation has had on his life and his family, I urge Your Honour to exercise leniency in Glen's sentence.

Thank you for your time and consideration.


Sincerely yours,

*signed*

Rosann L. Youck

# EXHIBIT F
# FILED UNDER SEAL

# EXHIBIT G

Jeffrey Giesbrecht

North Vancouver, BC, Canada
V7J 1K8

November 3, 2019

The Honorable Collen Kollar-Kotelly
United States District Judge
United States District Court for the
District of Columbia
333 Constitution Avenue N.W.
Washington D.C, 20001

Dear Judge Kollar-Kotelly,

I consider Glen O. Viau to be a close personal friend and am therefore writing in his
support with respect to the court proceedings against him.  Since 2000-2001, Glen's
family and mine have had nearby cottages on an island near Vancouver, Canada.  During
the near 20 years of our friendship, in my assessment, Glen has conducted his affairs with
honesty and integrity. He is devoted to his family, particularly to his 9 year old daughter
A███████.  Both the uncertainty of these proceedings and his time apart from them has
been very difficult for him and for them.

I was a mining and securities lawyer for almost 20 years, mainly practising in a
management capacity as in-house counsel.  In addition to my law degree I also have an
engineering degree in Geophysics.  I have worked on mining projects in several latin-
americas countries as well as in the United States of America.  As is required in mining
law, my work centred around regulatory compliance (in the areas of environmental
regulation, securities law and labour law, among others), property acquisition, intellectual
property, government relations and business development.  My business experience is in
many ways quite similar to Glen's.

Because of our similar careers and similar interests Glen and I have spent quite a lot of
time discussing our approaches to personal and professional challenges.  As stated, I
believe he has always conducted his affairs with honesty and integrity and his insight has
guided me on many occasions.  Although I can not speak to the details of the case before
you, I know it has affected him greatly and he has taken it to heart.  He is anxious to
move forward.

Glen and his wife Carol have always been generous with their time.  My wife and I, now
both retired from law careers, built our own cottage with the help on our community,
particularly the help of Glen who is always willing to drop what he is doing to lend a
hand.  In return, we have been helping Glen and his family build their new cottage.  This
is the sort of relationship he develops.   During Glen's absences earlier this year he was
greatly missed by our community.  It has been painful for us all to witness his and his
family's anguish during this process.

I understand that Glen has entered a guilty plea, that you will be considering whether to accept it and that you will be considering an appropriate sentence.  On behalf of Glen, Carol, A▮▮▮▮▮ and our community I hope you are able to accept the guilty plea and exercise the greatest degree of leniency your position allows.

Sincerely yours,


Jeffrey Giesbrecht

# EXHIBIT H

November 21, 2019

The Honorable Collen Kollar-Kotelly
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C, 20001

Re: Glen Viau – Oceanworks International Corporation

Your Honor,

I am a Canadian CPA, CA and have been the controller at Oceanworks International and have worked with Glen since 2007.  As a Chartered Accountant, I take things like ethics and integrity very seriously as these are the backbone of my profession and would not associate myself with someone who did not have the same principles.  I have worked with Glen on many businesses dealing and through the day-to-day management of the company and have never known him to make an error in judgment like he has done now.

I know Glen has struggled to comprehend that he was in violation of conveying U.S. government information without authority but now that he understands he is truly sorry for making that mistake. He has taken responsibly for his actions and going forward I know he will make sure he completely understands the facts and gets proper consultation to also fully understand the results of what he is doing. He will make sure that any decision he needs to make will be on the right side of the law.

These charges have seriously affected Glen both professionally and personally.  His personal reputation has been smeared by those looking to hurt Glen on the professional front.  It has severely affected his company and his ability to grow as trust and integrity are so important when establishing relationships. He has a wonderful family that depend on him as the sole provider and his young daughter will need her father so she can grow up to be an amazing woman.  He has already been denied extended health insurance coverage because of this, so he knows this will affect him for a long time to come.

Glen is one of the smartest people I have ever known. This mistake has hurt him dearly, the time he has spent in a correctional institution was especially damaging and it has set him back professionally by years, but people who know him, like myself, forgive him and will support him as they know the true state of his character and the lessons he has learned.  I ask that you please consider these events in determining a lenient sentence to the misdemeanor that he has plead guilty to.

Yours Truly,

Brent Santha, CPA, CA

# EXHIBIT I

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. 1:19-cr-00009 (CKK)** |
| | : | |
| **GLEN OMER VIAU,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## PROPOSED ORDER

The Court imposed a sentence on Defendant Glen Omer Viau this 2d day of December 2019, including a criminal fine of $25,000 and a $25 special assessment.

Defendant Viau deposited with the Clerk of the Court on January 15, 2019, a cash bond of $50,000. The Court, having imposed sentence upon Defendant Viau, hereby ORDERS the Clerk of the Court to apply $25,000.00 of that bond in full payment of Defendant Viau's criminal fine and $25.00 of that bond in full payment of Defendant Viau's special assessment.

The Court further ORDERS that the remaining funds in the amount of $24,975.00 be refunded to Defendant Viau as soon as practicable. With the permission of Defendant Viau, counsel for Defendant Viau is authorized to retrieve any refund check on behalf of Defendant Viau.

Dated this _____ day of _____, 2019

_____
The Honorable Colleen Kollar-Kotelly
United States District Court
for the District of Columbia

## **LOCAL CRIMINAL RULE 47(h) APPENDIX**

Pursuant to Local Criminal Rule 47(h), Defendant Glen Viau hereby appends to the proposed

order a list of names and addresses of persons entitled to be notified of the entry of the order:

Jeffrey Pearlman, Assistant United States Attorney
Jolie Zimmerman, Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
555 4th St., N.W.,
Washington, D.C. 20530

Preston Burton
Paige Ammons
Buckley LLP
2001 M St., N.W.
Suite 500
Washington, D.C. 20036

Clerk of the Court
U.S. District Court for the District of Columbia
300 Constitution Avenue, N.W.
Washington, DC